IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01977-LTB

STEVEN KELLY KEVIN JONES,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
THE DENVER POLICE DEPT. DET. JOHN DONOHUE #0047,
THE DENVER SHERIFF DEPT. UNDERSHERIFF GARY WILSON, and
THE DISTRICT ATTORNEY'S OFFICE MITCHELL MORRISSEY #13784,

    Defendants.

---

## JUGDMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of September, 2012.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk


                  By: s/L. Gianelli
                      Deputy Clerk